UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMANUEL ADEWALE ADEYINKA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORTON LIFE LOCK, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 24-2705 (UNA) |

## MEMORANDUM OPINION

This matter is before the Court on review of *pro se* Plaintiff's application to proceed *in forma pauperis* and civil complaint. The Court GRANTS the application and, for the reasons stated below, DISMISSES the complaint and this civil action without prejudice.

The Court has reviewed Plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than are applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

It appears Plaintiff is dissatisfied with Defendants' services because his email account has been hacked and he has been locked out of his account. The complaint is woefully short on factual allegations, so short that neither defendant has fair notice of the claim(s) against it. As drafted, the complaint fails to meet the minimum pleading standard set forth in Rule 8, and it will be dismissed.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: October 22, 2024                               CARL J. NICHOLS
                                                    United States District Judge